# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN R. BOEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | 1:11-cv-00898 SKO<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Document 2) |

　　　　By application filed on June 2, 2011, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted an application that makes the showing required by § 1915 (a).  Accordingly, IT IS HEREBY ORDERED THAT:

　　　　1.　　Plaintiff's request to proceed in forma pauperis is GRANTED; and

　　　　2.　　The clerk of court is directed to issue a summons; and

　　　　3.　　The United States marshal is directed to serve a copy of the complaint, summons and this order upon the defendant.  All costs of service shall be advanced by the United States.

IT IS SO ORDERED.

Dated:　　June 3, 2011　　　　　　　　　　　　／s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1